JAMES H. HOLL, III. CA Bar No. 177885
TIMOTHY J. MULREANY, *pro hac vice*
DANIELLE KARST, *pro hac vice*
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
1155 21st Street, N.W.
Washington, D.C. 20581
Telephone: (202) 418-5000
jholl@cftc.gov
tmulreany@cftc.gov
dkarst@cftc.gov

# THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISION,<br><br>Plaintiff,<br><br>v.<br><br>JIN CHOI, APURO HOLDINGS LTD. d/b/a APUROFX, and JCI HOLDINGS USA d/b/a JCI TRADING GROUP, LLC<br><br>Defendants. | Case No. 2:18-cv-03991-DMG-AFM<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, CIVIL MONETARY PENALTY AND OTHER EQUITABLE RELIEF**<br><br>DATE: Friday, August 17, 2018<br>TIME: 9:30 a.m.<br>JUDGE: Honorable Dolly M. Gee<br>CTRM: First Street Courthouse, Courtroom 8c, Eighth Floor |

- 1 -
NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that, on July 20, 2018, Plaintiff Commodity Futures Trading Commission ("Plaintiff," "CFTC," or "Commission") will move in the United States Courthouse for the Central District of California, Western Division, 350 West First Street, Los Angeles, California 90012, pursuant to Federal Rule of Civil Procedure 55(b), for an order of final judgment by default, permanent injunction, civil monetary penalty and other equitable relief against Defendants Jin Choi, Apuro Holdings, Ltd. d/b/a ApuroFX and JCI Holdings USA d/b/a JCI Trading Group, LLC.

This Motion for Default Judgment, Permanent Injunction, Other Equitable Relief, and Civil Monetary Penalty is based upon the Memorandum in Support of the Motion, the Declarations of Danielle Karst and George H. Malas and the attachments to those declarations. The CFTC also submits herewith a proposed order granting the requested relief. To date, none of the Defendants in this action have pled, answered, or otherwise defended the action. The CFTC has been unable to contact Defendant Choi to discuss this Motion or any potential resolution of this matter because his whereabouts are unknown.

| | |
|---|---|
| Dated: July 20, 2018 | Respectfully submitted,<br><br>COMMODITY FUTURES<br>TRADING COMMISSION<br><br>/s/ Danielle Karst<br>JAMES H. HOLL, III. CA Bar. No. 177885<br>TIMOTHY J. MULREANY, *pro hac vice*<br>DANIELLE KARST, *pro hac vice*<br>Attorneys for Plaintiff<br>COMMODITY FUTURES<br>TRADING COMMISSION<br>1155 21st Street, N.W.<br>Washington, D.C. 20581<br>Telephone: (202) 418-5000<br>jholl@cftc.gov<br>tmulreany@cftc.gov<br>dkarst@cftc.gov |

# CERTIFICATE OF SERVICE

On July 20, 2018, I electronically filed (1) Plaintiff's Request to Exceed Page Limitation and Proposed Order; (2) Plaintiff's Notice of Motion and Motion for Default Judgment; (3) Plaintiff's Memorandum In Support of Motion for Default Judgment; (4) Declaration of George H. Malas with Supporting Exhibits; (5) Declaration of Danielle Karst with Supporting Exhibits; and (6) Proposed Order Granting Plaintiff's Motion for Default Judgment with the Clerk of the Court for the U.S. District Court for the Central District of California, using the CM/ECF filing system. The undersigned further certifies that a copy of the foregoing documents was served upon Defendants at the addresses listed below using the following methods of service:

| | |
|---|---|
| **Jin Choi**<br>1868 Kelton Avenue, PH 5<br>Los Angeles, CA 90025<br>(last known address, via UPS overnight) | **Apuro Holdings, Ltd. d/b/a ApuroFX**<br>c/o Jin Choi<br>1868 Kelton Avenue, PH 5<br>Los Angeles, CA 90025<br>(last known address, via UPS overnight) |
| **JCI Holdings USA d/b/a JCI Trading Group, LLC**<br>c/o Jin Choi<br>1868 Kelton Avenue, PH 5<br>Los Angeles, CA 90025<br>(last known address, via UPS overnight) | **Jong Kim**<br>**Registered Agent of JCI Holdings USA**<br>1300 W. Olympic Blvd. # 202<br>Los Angeles, CA 90015<br>(via UPS overnight) |

Date: July 20, 2018        /s/ Danielle Karst
                           Danielle Karst

- 4 -
NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT